# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER SURDAK, an individual,<br><br>Plaintiff,<br><br>v.<br><br>DXC TECHNOLOGY, a Nevada Corporation, and DOES 1-25 inclusive,<br><br>Defendants. | Case No. 5:22-cv-00921-SB-KK<br><br>**ORDER OF DISMISSAL OF THE ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties, the Court hereby orders dismissal with prejudice of Plaintiff's complaint for damages pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), with all parties to bear their own costs. The Court will retain jurisdiction over this matter only to enforce the terms of the settlement agreement. The pretrial conference and trial dates are vacated.

**IT IS SO ORDERED**

Dated: September 17, 2023

Stanley Blumenfeld, Jr.
United States District Judge

1